1 | BENJAMIN B. WAGNER
United States Attorney
2 | LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
3 | Social Security Administration
ODELL GROOMS
4 | Special Assistant United States Attorney

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JESSICA CALDERA, | Case No. 1:10-cv-00123-GSA |
|---|---|
| Plaintiff, | STIPULATION AND ORDER |
| v. | |
| Michael J. Astrue, Commissioner of Social Security, | |
| Defendant. | |

Defendant, through his attorney undersigned, moves this Court for an Order granting Plaintiff an additional period of time to and including November 4, 2010, within which to file Plaintiff's Motion for Summary Judgment.

This Order is sought to allow time for the Social Security Administration Office of Disability Adjudication and Review to consider a request for voluntary remand of this matter pursuant to 42 U.S.C. § 405(g), sentence 4.

Counsel for plaintiff, Ms. Bess M. Brewer, joins in this Motion and authorizes the undersigned to represent to the Court that she does not oppose it.

///
///
///
///
///

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: October 1, 2010 | /s/ *Bess M. Brewer* |
|   | (Via email authorization on 09/30/10) |
|   | BESS M. BREWER |
|   | Attorney for Plaintiff |

Respectfully submitted,

Dated: October 1, 2010    BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Odell Grooms*
ODELL GROOMS
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

**Dated:**   **October 4, 2010**          **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE

2