BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ODELL GROOMS
Special Assistant United States Attorney

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA CALDERA,<br><br>   Plaintiff,<br><br>   v.<br><br>Michael J. Astrue, Commissioner of Social Security,<br><br>   Defendant. | Case No. 1:10-cv-00123-GSA<br><br>STIPULATION AND ORDER |

Defendant, through his attorney undersigned, moves this Court for a second Order granting Plaintiff an additional period of time to and including December 6, 2010, within which to file Plaintiff's Motion for Summary Judgment.

This Order is sought to allow continued time for the Social Security Administration Office of Disability Adjudication and Review to consider a request for voluntary remand of this matter pursuant to 42 U.S.C. § 405(g), sentence 4.

Counsel for plaintiff, Ms. Bess M. Brewer, joins in this Motion and authorizes the undersigned to represent to the Court that she does not oppose it.

///

///

///

///

///

Respectfully submitted,

Dated: November 2, 2010   /s/ Bess M. Brewer
(Via email authorization on 11/02/10)
BESS M. BREWER
Attorney for Plaintiff

Respectfully submitted,

Dated: November 2, 2010   BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

 /s/ Odell Grooms
ODELL GROOMS
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Pursuant to the stipulation of the parties, Plaintiff shall file her opening brief no later than December 6, 2010. All other deadlines remain in effect as outlined in this Court's scheduling order issued on January 25, 2010.

IT IS SO ORDERED.

Dated:  **November 3, 2010**         /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

2