BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
ODELL GROOMS
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8931
    Facsimile:  (415) 744-0134
    E-mail: Odell.Grooms@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| JESSICA CALDERA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | **Case No. 1:10-cv-00123-GSA**<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND PROPOSED ORDER** |

**IT IS STIPULATED** by and between plaintiff ("Plaintiff") and defendant Michael J. Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Administrative Law Judge (ALJ) will be directed to obtain the testimony of a vocational expert to determine the effects of the assessed nonexertional limitations on Plaintiff's occupational base of light work.  This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

| | |
|---|---|
| DATED: December 17, 2010 | By:   */s/ Bess M. Brewer*<br>BESS M. BREWER<br>Attorney for Plaintiff<br>(Via electronic mail authorization) |
| DATED: December 17, 2010 | BENJAMIN B. WAGNER<br>United States Attorney<br>LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX |
| | By:   */s/ Odell Grooms*<br>ODELL GROOMS<br>Special Assistant United States Attorney |
| | Attorneys for Defendant |

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

IT IS SO ORDERED.

**Dated:   December 17, 2010**              **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE