1    BENJAMIN B. WAGNER
     United States Attorney
2    LUCILLE GONZALES MEIS
     Regional Chief Counsel, Region IX,
3    Social Security Administration
     ODELL GROOMS
4    Special Assistant United States Attorney

5       333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8931
       Facsimile:  (415) 744-0134
7      Theophous.Reagans@ssa.gov

8    Attorneys for Defendant

9            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF CALIFORNIA
10

11               **FRESNO DIVISION**

| | |
|---|---|
| JESSICA CALDERA,        ) | CIVIL NO. 1:10-cv-00123-GSA |
|      Plaintiff,         ) | |
|                ) | |
|       v.             ) | STIPULATION AND ORDER APPROVING |
|                ) | SETTLEMENT OF ATTORNEY FEES |
| MICHAEL J. ASTRUE,      ) | PURSUANT TO THE EQUAL ACCESS TO |
| Commissioner of         ) | JUSTICE ACT |
| Social Security,         ) | |
|                ) | |
|      Defendant.       ) | |
| _____ ) | |

       IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel,

subject to the Court's approval, that Plaintiff be awarded attorney fees under the Equal Access to Justice

Act (EAJA), 28 U.S.C. § 2412(d), in the amount of TWO THOUSAND, FOUR-HUNDRED DOLLARS

AND NO CENTS ($2,400.00). This amount represents compensation for all legal services rendered on

behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C.

§ 2412(d).

       After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will

consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  Pursuant

to Astrue v. Ratliff, 130 S.Ct. 2521 (U.S. June 14, 2010), the ability to honor the assignment will depend

on whether the fees and expenses are subject to any offset allowed under the United States Department

1   of the Treasury's Offset Program.  After the order for EAJA fees and expenses is entered, the

2   government will determine whether they are subject to any offset.

3       Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury

4   determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of

5   fees, expenses and costs to be made directly to Bess M. Brewer, pursuant to the assignment executed by

6   Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

7       This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees

8   and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA.

9   Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims

10  that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in

11  connection with this action.

12      This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act

13  attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

14  Dated: March 22, 2011          */s/Bess M. Brewer*
15                                 *(As authorized via email)*
                                   BESS M. BREWER
16                                 Attorney for Plaintiff

17                                 BENJAMIN B. WAGNER
18                                 United States Attorney

19  Dated: March 22, 2011    By: */s/ Odell Grooms*
                                  ODELL GROOMS
20                                Special Assistant United States Attorney

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                                        2

**ORDER**

Pursuant to the stipulation filed by the parties on March 22, 2011, Plaintiff shall be awarded

attorney fees in the amount of TWO THOUSAND, FOUR-HUNDRED DOLLARS AND NO CENTS

($2,400.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced

Stipulation.


   IT IS SO ORDERED.

   **Dated:** __**March 23, 2011**__          _____**/s/ Gary S. Austin**_____
                                                UNITED STATES MAGISTRATE JUDGE